

FILED

09/03/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0542

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0542

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

FRANK WEBB,

    Defendant and Appellant.

O R D E R

FILED

SEP 03 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Counsel for Appellant Frank Webb filed a motion and brief asking to be allowed to withdraw from this appeal on grounds that he has been unable to find any nonfrivolous issues to raise on appeal, pursuant to § 46-8-103(2), MCA, and *Anders* v. *California,* 386 U.S. 738, 87 S. Ct. 1396 (1967). Webb was granted time to file a response, but no response was filed.

The Court has now independently examined the record pursuant to § 46-8-103(2), MCA, and *Anders*. We conclude there are no arguments with potential legal merit that could be raised in a direct appeal of Webb's conviction in this case.

IT IS THEREFORE ORDERED that this appeal is DISMISSED.

The Clerk is directed to provide copies of this Order to all counsel of record and to the appellant personally.

DATED this 3rd day of September, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices